

RECEIVED
MAY 22 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
3RD DISTRICT OF ALASKA
ANCHORAGE ALASKA

BRIAN HUBBARD/ IRMA COOPER PHD
JENNIFER HUBBARD
BOB HUBBARD[ MURDERED]
ROBERT CHARLES HUG
  PLANIFFS
   VS

CASE NUMBER 3:07-CV-00091 RRB

JAY BROWN X INDITED SHERIFF PARKER COUNTY TEXAS
COY CARTER X SHERIFF PARKER COUNTY TEXAS
THOMAS A CARTER GREEN OAKS /AND TSP AND MERCINARY
JIMMY DON CARTER /FORMER DOUGLAS GLENN CARTER /TEXAS MAFIA TERRORIST
RICHARD A CARTER /DO
CLYDE ROBERT ASHWORTH /8TH COURT OF APPEALS JUDGE/TEXAS MAFIA GODFATHER
 CRISTINA ASHWORTH CARLLUCI/ DOJ
JOHN RICE CARTER [R] CONGRESS
CHADWICK CARTER FAA COLORADO SPRINGS
APRIL LYNN CARTER /HAGUE
CAROLYN CARTER/ UNITED PRESS INTERNATIONAL
NIGEL CARTER /OXFORD /UK CROGENICS
RONNIE CARTER /ATF DALLAS
DAN CARTER /168
DAVID CARTER /CW4 168
TODD CARTER /168 OLATHE MO.
MANUEL CARTER /MARYLAND RESEARCH TRIANGLE PARK
MARK RAYMOND RILEY PARKER COUNTY JUDGE/ DHS PARKER COUNTY HEAD OF 400
   VOLUNTEERS.CONSPIRACY /FRAUD
DEBRA LEHRMAN DISTRICT JUDGE TARRANT COUNTY/ CONSPIRACY /FRAUD
BRUCE A ASHWORTH SON OF ASHWORTH CARTEL.
DEPUTY SHERIFF CRIER PARKER COUNTY TEXAS
DEPUTY SHERIFF RAMERIZ /PARKER COUNTY TEXAS
DEPUTY SHERIFF SANDOLIN /PARKER COUNTY TEXAS
PARKER COUNTY TEXAS
WILLOW PARK PRECINT 4
ATARA COX
COLIN GEORGE RICHARSON EXPERT IT SPECIALIST FOR TCJC CAMPUS
MELISA RICHARDSON DIRECTOR OF RESEARCH COLORADO
DUANE E NELSON RETIRED PHYSICS TEACHER TCJC
SENATOR JANE E NELSON [R] TEXAS DHHS TEXAS
KURT NELSON 168TH FORT WAYNE RIGHT ALASKA
PECAN VALLEY /MEDICAL GENOCIDE /FRAUD/ SPECIAL OPERATIONS INVOLVEMENT
JANICE BURNS/ AKA BYRD OPERATION COVER MANAGER PECAN VALLEY MH
CAMPUS WICHITA TEXAS
GREEN OAKS
IHAB RAMADAM UATH TERRIORIST/HOME CULA VISTA CALIFORNIA/NATIONAL TRADING
CO.
ALASS RAMADAM / MONEY LAUDERING TO AL QUEDA IN JORDAN AL-ZAQURI
ABUDAH MARZOOK IAP DEPUTY /CONNECTED TO BIN LADEN- INFO COM/HOLY LAND
FOUNDATION/INTERNATIONAL TERRIORIST /CAIR
CONTINUED ON NEXT PAGE

Signature _[signature]_ BK Hubbard Prose    Irma Cooper PHD prose

Name--------BRIAN K HUBBARD AND    IRMA COOPER PHD
ADDRESS 611 E 10TH APT 5      PO BOX 1001
   ANCHORAGE AKLASKA 99501    AZEL TEXAS 76098
   PHONE        817-237-2198

BAUM FAMILY WORKS FOR NUCLEAR REGULATORY COMMISION
EDMUND C ONRADISSION [111] RADIO ACTIVE WASTE DISPOSAL UK
OMAR AHAD /FORMER PRESIDENT IAP CONNECTED TO SAUDI PRINCE
KHALID BIN MAHFOUZ/ SUPPORT TO BIN LADEN FINACED FOR BCCI TRUST
FINACED HARKEN OIL/ AS WELL AS TEXAS BANK IN HOUSTON JAMES BAKER CEO
AL TAQWA BANK /SWISS BANK FOR MONEY OPERATIONS
ISLAMIC ASSOCIATION OF PALESTINE/TERRORIST RUN IN US
HAMAS/TERRORIST GROUP
ROBERT L ASHWORTH JR/LIN LAB 98 PLASMA[DARPA]
JUSTIN MICAHEL BAXTER/ ATTEMPTED MURDER /DRUG DEALER
DALE BELT /FEDERAL JAIL FORGERY GOVERNMENT CHECKS
LONNIE HAMMEL AKA FIKEL/CALIFORNIA MAFIA/RF AND GAMMA TERROR
ARSON/DRUG DEALER
LEANORD BUNDICK /FEDS ARRESTED FOR DRUG DEALING
TERRY?? /PROBATION LIVES NEAR CARTERS FEDS PUT ON PROBATION.
DANIEL BAXTER 168TH RETIRED
MICAHEL BAXTER 101 AIRBORNE
JUAN SOTO/
SASHA SOTO/AKA MARKO PUNTE WITH NIH DESILVA
ANDREW J AVERY
DAVID F PERRY/NIH TOXICOLOGY PROGRAM
DE CARTER/NIH TOXICOLOGY PROGRAM
JARRELL WILLIAMSON/PDL AKA PROTIEN DESIGNS ATTORNEY ALSO
SIGNS PEOPLE IN IN TEXAS HOSPITALS.
JOSH ELISHULTS/ MISAPPORIATIONS OF MILITARY EQUIPMENT/TREASON
CRAIG ELISHULTS/BLOCK PARTY FOR GENOCIDE AND TERRORISM
PERRY ELLIS /WEST PRECINT FORT WORTH COP/OFFICIAL OPPRESION
RANDY ELLIS /ORGANIZED TERRORISM
DAVE NELSON /DHHS
J MICAHEL NELSON/ NELSON AIRCRAFT KELLER TEXAS
ROBERT NELSON/PULUTZER PRIZE FOR PATHLOGCAL LIEING
SENATOR PHILL KING/PARKER COUNTY ABUSE OF POWER
SL ROY/ TARRANT COUNTY DEPUTY SELLS NAMES FOR EXPERIMENTS
CORNEIA CHI/TSJPS NO CONSNTUAL EXPERIMENTS
MARCO RENAZCO /FRAUD
ROBERT OSBOURNE/FORMER LAWTER COSMOS FAKE DRUGS
DAVID OSBOURNE /COSMOS& MONKEBON MEXICO CITY
MARTIN H ELLIS /MARYLAND –TEL AVE- ISRAEL BLACK MARKET ORGANS
GARY FOURNERT /BODY PARTS
CLAY ELLIS /DENTIST NEXT TO ASHWORTH
RHONDA RICARDSON /AZEL MAIL TAMPERING
LINDA SCHIECKDANZ/DIRCTOR GAMMA KNIFE-CYBER KNIFE
WAYNE FOX
JOHN MIERS/ PSYCOLOGY CLINICS/HUMMING BIRD LLC/ COMMITED SUICIDE
GARY MIERS/UCMJ
CYHTHIA ANN MIERS /DPS TEXAS
EDWARD P SUCZUC/ NJ TERRORIST RF RADIATION
BILL LATHAM /LAND LORD HELICOPTER PAD FOR ROY
LOUCRETIA GAY RICARDSON BAXTER TINOCO/ SOUTH AMERICAN CONNECT
BRAZIL TINOCO /DRUG DEALER
PROTIEN LABS
EDWIN EUGENE PRESLEY /AKA WARREN PRESCOTT AKA CW JONES PRESLEY
FATHER OF JUSTIN BAXTER /DAKOTA SHANE PRESLEY
SMUGGLING/AWOL FROM NAVY /ARMY SURPLUS BUYER /GIRL FRIEND TINSCO
TEXAS RANGERS RUSSELL PETRIE /INVOVED IN WAR CRIMES OFFICAL OPPRESION
ARMONDO GONZALES/DRUGS- INFINITE BODY SHOP/
CONTINUED NEXT PAGE

ALBERTO GONZALES/ ATTORNEY GENERAL /CONSPIRACY TO HIDE GENOCIDE ACTS AGAINST US
CITIZEN
FROZEN FOODS EXPRESS FFEX  INC. /MAFIA TRUCK COMPANY FULL ARAY OF CRIMINAL ACTIVITY
RICHARD JEFFERIES DIIRECTOR NAVY MH
KAREN FLEMING MICHAEL DOD  US ARMY MEDICAL RESEARCH AND MATERIAL COMMAND
TERRELL TEXAS MH
DR GUNN X NAVY DOCTOR TERRELL TEXAS HUMAN RIGHTS VIOLATION COURT FRAUD
WAR CRIMES,MEDICAL FRAUD,GENOCIDAL WAR CRIMES
DR.MITCHELL DUNN /CONSPIRACY TO WAR CRIMES VIOLATIONS/FRAUD
RANDY WILLIAMSON
JoHN CRiSHANSON  LockeeD MARtiN

CoNtiNueD NeXt PAge

UNITED STATES DISTRICT COURT
3RD DISTRICT ALASKA
ANCHORAGE DIVISION



RECEIVED
MAY 2 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## COMPLAINT
**VIOLATIONS OF WAR POWERS ACT TITLE 50 CHAPTER 33 SUBCHAPTER 3**

**And 23, ALIEN ENIMES**

**15 USC43 A 1 ANY ARMED FORCES WHERE EMINENT ENGAGEMENT OF**

**OR INVOLVEMENT MUST BE REPORTED TO THE SPEAKER OF THE HOUSE**

**AS WELL AS THE PRESIDENT OF THE UNITED STATES AND SIGNED OFF.**

**VIOLATION OF THE NO FEAR ACT TITLE 50 CHAPTER 3 AND 21**

**UNREGULATED PREDATORY ACTS ENCOURAGED AND PERPETUATED IN THE**

**US OR AGAINSTS ITS CITIZENS.**

**VIOLATION CRIMINAL JUSTICE ACT OF 1964 18 USC AND 306A**

**CIVIL LIBERTIES VIOLATIONS SECTION 7 OF INTERNATIONAL LAW CRIMES**

**AGAINST HUMANITY [1],[2],[5] AS WELL AS SECTION [6] TO BRING PHYSICAL**

**DESTRUCTION IN WHOLE OR PART UPON A PERSON.**

**VIOLATION OF DUTY OF SUPERVISION AND OMISSION TO REPORT A CRIME**

**SIGNED BY US GOVERNMENT ARE DIRECT VIOLATIONS OF INTERNATIONAL**

**CRIMES AS WELL AS HIGH TRESON UNDER UNITED STATES LAWS!**

**IT IS THE DUTY OF THE UNITED STATES GOVERNMENT AND US MARSHALLS**

**AND JUDGES TO APPREHEND AND IMPRISION AND TO SERVE WARRENTS.**

**UNDER TITLE 50 CHAPTER 33 SUBCHAPTER 3,23**

**VIOLATION OF HATCH ACT 1939 5 USC 1501-1508 LAW OFFICIALS,SHERIFFS**

**JUDGES ECT MISUSE OF FEDERAL FUNDS.**

SIGNATURE *Brian K Hubbard prose Debra Cooper prose*

NAME------------BRIAN K HUBBARD------------IRMA COOPER PHD--------------------------------

ADDRESS—611 E 10TH APT 5 ------------------ PO BOX 1001

STATE       ANCHORAGE AK 99501          AZLE TEXAS 76098

PHONE 817-3237-2198

VIOLATIONS OF HR2977 SPACE PREVENTION ACT OCTOBER 2,2001

VIOLATION 217A[111] ITERNATIONAL LAW RUNNING ONE OUT OF HIS

HOME IN TIMES OF WAR. A ACT OF GENOCIDE

TREASON ACT OF 1939 AS WELL AS TREASON ACT JUNE 12,1776 WRITTEN BY

THOMAS JEFFERSON.NO EXECUTIVE ORDER CAN EVER OVER RIDE OR

CHANGE THE LAWS OF TREASON AND MUST BE ENFORCED TO THE FULLEST

OF THE LAW.

FEDERAL ANTI TORTURE STATUE 18 USC 2340 OF 1994

CONVENTION OF CIVIL & POLITICAL RIGHTS TREATIES

FORBIDS TORTURE OF ANY KIND,INDESENT ASSAULT ,HUMAN RIGHTS

WIDE SPREAD SYSTEMATIC TORTURE,CONSTITUTES CRIMES AGAINST

HUMANITY ROME STATUE OF INTERNATIONAL COURT.

JUDICAL FRAUD,ESPONAGE,CONSPIRACY.

VIOLATION OF INTERNATIONAL AGREEMENT ON BIOLOGICAL

AND CHEMICAL WARFARE AND HUMAN RIGHTS.

MURDER,ATTEMTED MURDER

UNIFORM CODE OF MILITARY JUSTICE ARTICLE 77-134

VIOLATIONS OF COLORS OF LAW 18 USC SS 241,242  ILLEGAL USE OF POWER

GIVEN TO THESE INDIVIDUALS BY GOVERNMENT.

ARTICLE 32 USC TITLE 10 CHAPTER 47 SUBCHAPTER A3 ARTICLE 7[a][b]

42 USC SS 14141 DISCRIMATORY HARRASMENT,FALSE ARREST.

42 USC SS 2000D ET.SEQ 42 USC SS 3789D[C] ILLEGAL PATTERNS OF CRIMINTORY

DISCONDUCT,RETALIATION FOR FILING A COMPLANT.

18 USC SS 1961 THRU 1965 CONSPIRACY TO VIOLATE CIVIL RIGHTS.

47 USC SS 1951 THU 50 USC132 PHYSCOTRONIC TERROR AS DEFINED BY US

SPECTRUM ENFORCEMENT DIVISION.

VIOLATIONS OF BOTH 14TH AND FIFTH AMENDMENTS AS WELL AS SECOND.

GENEVA CONVENTION VIOLATIONS IV ARTICLE 32 INDESENT ASSAULT

TREASONIST ACTS OF TERRORISM AGAINST A US CITIZEN FOR PROFIT.

CONCEALING CRIMINAL ACTS.TREASONIST ACTS OF CRIMINAL ORGANIZATION

AS WELL AS DEFRAUDING THE US GOVERNMENT.

VIOLATIONS OF CONSTITUTIONAL RIGHTS IN CUSTODY

VIOLATIONS OF CONSTITUTIONAL LAWS 1776

FEDERAL RACKETEERING INFLUENCED CRIME ORGANIZATION –RICO-VICAR

NEUCLEONIC SUPER TERRORISM VIOLATIONS OF INTERNATIONAL LAW

INDESENT ASSAULT OF ELECTRONIC WEAPONS ON A CHILD.

VIOLATIONS OF OATH OF OFFICE.

FAILURE TO PERFORM SWORN DUTIES OF OFFICE,OFFICAL OPPRESSION

DEPRAVIED INDIFERRERANCE TO PROTECTION PLEAS BY US CITIZENS OF
    GENOCIDE.

 ELECTRONIC TORTURE AGAINST US CITIZENS IN TIMES OF WAR ON US SOIL.

VIOLATON OF HR 3162 PATRIOT ACT REVISED 2006

QUASHING FEDERAL RICO CIVIL SUIT TO IMPEADE JUSTICE AGAINST TERRORIST.

FUNDING TERRORIST DIRCTLY OR INDIRECTLY IS OBSTRUCTION OF JUSTICE.

CONSPIRACY TO SILENCE FEDERAL WITNESS IN TIMES OF WAR

CONSPIRACY TO SILENCE CONGRESSONAL WITNESS IN TIMES OF WAR.

GENOCIDAL WAR  CRIMES ON US SOIL PROTECTED BY MILITARY CORRUPTION

 CONDUCTING A RESEARCH AND DEVELOPMENT PROGRAM ON TOXIC CHEMICAL

AGENTS FOR USE AS WEAPONS,INCLUDING ANESTHETICS AND PSYCHOACTIVE

SUBSTANCES,IN VIOLATION OF CHEMICAL WEAPONS CONVENTION.

 VIOLATION OF US DEPARTMENT DEFENSE REGULATIONS BY JNLWD WITH

ILLEGAL USE OF DIAZEPAM ON US CITIZENS.

.                          *COMPLAINT*

ON ABOUT MARCH 2000 MY COMPANY WAS THE LEADER IN WHOLESALE
HIGH PERFORMANCE TIRES FROM AROUND THE WORLD . MY
FATHER RETIRED TO HELP ME HE WAS ONE OF THE FOUNDERS OF THE
LARGEST PRIVATE BRAND RUBBER COMPANYS IN THE WORLD AND BIGGEST
RETAILER, NOW OWNED BY SUMMITOMO CORP. 6 GUYS CAME TO US TO
BUY TIRES FOR DALLAS TIRE.LITTLE DID WE KNOW THEY WERE THE
HOLY LAND FOUNDATION AKA INFO COM, RUN BY MOUSA ABU MARZOOK
FOUNDER OF ISLAMIC ASSOCIATION OF PALESTINE/CHIEF DEPUTY OF
HAMAS.WHO WAS SO CALLED DEPORTED TO SYRIA AFTER WTC BOMBING
IN 1997. FINACED BY KHALID BIN MAHFOUZ WHO FINACED BCCI A CIA BANK
AND HARKEN OIL AND SUPPORT TO BIN LADEN DIRECTLY.
WE WERE IN THE MIDDLE OF A TERRORIST STING AND DID NOT EVEN
KNOW THAT WE WERE BEING USED AS COLLETERIAL DAMAGE.THEY
TRIED TO GIVE US A CHECK WHICH WAS NOT A CASHIER CHECK WHOS
NAME ON THE CHECK WAS MOUSA MARZOOK,INSTEAD THEY GAVE US
BOGUS MONEY ORDERS FOR TIRES FROM WESTERN UNION BANK
FROM ENGLEWOOD COLORADO,
ON A SATURDAY FOR ABOUT 50,000 AND 12,500 IN CASH. WHEN WE FOUND
OUT THAT THE MONEY ORDERS WHERE BOGUS WE CALLED FORT WORTH
WEST PRECINT 2 BLOCKS FROM US . WHEN THE OFFICER ARRIVED HE
SAID WE JUST LOST 50,000 DOLLARS GIVE HIM THE MONEY ORDERS . WE
SAID THAT THIS DID NOT SOUND RIGHT THAT WE WANTED OUR PRODUCT
BACK AND THE MONEY ORDERS WERE PROOF AND WE WOULD FIND THEM.
MONDAY MORNING AT 9;00 AM I HAD 3 PHONE CALLS FROM CUSTOMERS
WHO KNEW THE TIRES WHERE MINE BECAUSE WE WERE THE ONLY ONES IN US
WHO HAD THEM.THEY WHERE FAXED ALL OVER AT 50 PERCENT OFF.
THE GUYS NAME WAS BASSIM OMAR RELATED TO SHERIF OMAR
I CALLED HIM ON HIS PHONE HE SAID

HOW DID I TRACK HIM AND KNOW HIS NAME HE WAS POWERFUL I DIDN'T

KNOW HOW POWERFUL.WE TOLD HIM WE WOULD NOT BE THREATENED

BY HIM WE HAD THE MONEY ORDERS AND KNEW WHERE OUR PRODUCT WAS

WE WERE GOING TO GET OUR TIRES BACK .HE SAID DON'T GO TO POLICE WE

 ALREADY HAD THEY COULD CARE A LESS WE WERE SACRIFICED FOR THEIR

 JOINT TERRORISM TASK FORCE OPERATION WE WERE EXPENDABLE.  WE WERE ON

OUR OWN. DALLAS TIRE  HAD THOUSANDS OF COMPUTERS AND SOFTWARE

FROM P TECH WHO SUPPLIED OUR GOVERNMENT OUT OF NEW YORK.

 IN IT 20 FED CARS PULLED UP SURRONDED MY GUYS AND TOOK ALL THE

 THE MONEY ORDERS TOLD US WE WERE GOING TO GET PEOPLE KILLED.

THEY WERE THE ONES GOING TO GET US KILLED WE WERE THE COLLATERAL

DAMAGE. THEY DELIVERED THE TIRES BACK BY HELICOPTER AND TOLD US TO

COUNT THEM .WE DID AND AS CLOCK WORK WE WERE TOLD BY THE FBI WOULD
   REPAY

US. TWO DAYS LATER SOMEONE ENDS UP DEAD IN HOUSTON WITH 7 MILLION

 IN MONEY ORDERS IN A SO CALLED NIGERIAN MONEY STING SUPPOSABLY.

 SIX MONTHS LATER OMAR SHOWS BACK UP  WITH A PHONE NUMBER, IHAB

RAMADAM  HE SAID HE HAS DEALS AND TO CALL HIM OUR FAVOR FROM THE FBI.

WE TALKED  A BIT AND  HE   HAD SOME GOOD PRICES ON TIRES  FALKENS .

SO WE MET IN VEGAS AT SEMA SHOW NOVEMBER 2001 WITH BROTHER

ALAAS RAMADAM. THEY TALKED ABOUT WHAT THEY COULD DO FOR US WITH

TIRES  AND WHAT WE MIGHT BE ABLE TO SELL THEM STRICLY BUSINESS.

THEY CLAIMED TIES TO KUWAIT GENERAL AS A UNCLE,AS WELL AS JORDAN

AND DIRECT TIES TO THE SAUDI GOVERNMENT AS WELL AS OTHER COUNTRIES.

IHAB RAN A COMPANY CALLED NATIONAL TRADING COMPANY AND  SOME

CONSTRUCTION COMPANY WABACH IN SALT LAKE CITY.THEY OFFERED

ME DUAL CITIZENSHIP WITH SAUDI ARABIA AND MONEY FROM THE SAUDI
   GOVERNMENT.

AS WELL AS OIL FOR FOOD 300,000 BARRELS FOR 8 BUCKS A BARREL AT 40

DOLLAR MARKET.WHICH NOW HAS BEEN AKNOWLEGED THAT THIS OIL

IS DISAPPEARING IN THIS AMOUNT DAILY FROM IRAQ BY INTELLIGENCE.

I TOLD THIS 3 YEARS AGO.

HE SAID SOME GUY NAMED OMAR AHMAD COULD ARRANGE

IT ALL HE CLAIMED SAUDI GOVERNMENT TIES WE HAD NO CLUE HE

WAS FORMER PRESIDENT OF IAP ANOTHER TERRORIST CONNECTED

TO MARZOOK FROM CHICAGO. ALONG WITH THE PRINCE OF SAUDI ARABIA.

WE SAID WE WERE IN THE TIRE BUSINESS AND DUAL CITIZENSHIP

WAS OUT OF THE QUESTION. WE DID HAVE CONNECTIONS TO THE VP OF SHELL

IN SOUTH AMERICA OUT OF HOUSTON BECAUSE OF DADS FAVORS TO THEM SO WE

SAID WE WOULD LOOK INTO IT. EVERYTHING THEY DID WAS TO DESTROY US

SYSTEMATICALLY DOWN TO SHIPMENTS OF TIRES WITH NO DOTS FROM JORDAN.

WE GAVE ON PAYMENT FOR NON WANTED TIRES TO AL TAQWA BANK UNTIL WE

NOTICED NO DOTS AND THE TIRES KEPT COMING WHO CLEARED THEM WE

WERE BEING PLAYED AGAIN BY BOTH SIDES.LATER WE FOUND OUT THE US WAS

SUPPLING ONE OF THEM WITH IRAQ RECONSTRUCTION MONEY WE DIDN'T KNOW

IT WAS A BOMB FACTORY. THE BLACK OPS OPERATION FOLLOWED ME

TO LAREDO TEXAS TO CLOSE ONE OF OUR TIRE LOCATIONS CALL IT

CONTRACTORS PAID THROUGH GUN RUNNING AND DRUG SALES THEY

TRIED TO KILL ME BY LOOSING THE FRONT END OF MY TRUCK IN WACO TEXAS

AND I HAD TO STOP IN SAN MARCOS TO HAVE TRUCK FIXED.IN LAREDO THEY

SPRAYED MY CLOTHES WITH A CHEMICAL AND I TOLD MY DAD I WAS LEAVING THE

US TO KEEP FROM GETTING KILLED.THEY PUT US MARINE PLATES ON THEIR

VEHICAL WHICH I WAS TOLD WAS AGAINST INTERNATIONAL TREATIES BY

MILITARY PERSONEL.MY DAD TALKED ME TO COMING BACK IN OUR TRUCK

OUT SIDE OUR TIRE STORE IN LAREDO .WE HAD TO CALL THE LOCAL POLICE

ABOUT A CHEMICAL WHICH SMELT LIKE PESTCIDES,THE SAID IF WE FOUND

THE SMELL THEY WOULD ARREST US JUST DRIVE OUT OF THEIR CITY.AT

THE 26 MILE CHECK THE DOGS LIT AND THEY WAVED US ON MY DRIVER PULLED

OVER A FEW MILES LATER AND WE SWITCHED VEHICALS HE WAS SICK EYES

RED AND HE SAID DIZZEY.I DROVE IT BACK TO FORT WORTH THROWING UP BLOOD

FOLLOWED BY DOZENS OF POLICE AND MOTOR BIKES OF SPECIAL OPERATIONS.

WHEN I GOT TO HILLSBORO TEXAS I HAD TO CALL A WRECKER 7 POLICE CARS

WERE A SEVEN 11 ACROSS THE STREET I ASKED FOR HELP THEY ALL DROVE AWAY.

ONE OF THEM SAID YOU ON A CHEMICAL TRUCK DRIVER AS THEY LAUGHED.

I HAD THE WRECKER DRIVE ME TO FORT WORTH HOSPITAL WHERE THEY SAID

I HAD BEEN CHEMICALLY POISIONED AND RELEASED.

ON MARCH 20, 2003 AFTER GOING BANKRUPT BOTH IN

WHOLESALE AND IN 18 YEAR RETAIL BUSINESS   WHICH WAS ROBBED DAILY

AND POLICE IGNORED US CONSISTANTLY THE JOINT TERRORISM TASK FORCE

ALONG WITH DALLAS FBI AND THE 400 VOLUNTEERS WHICH HAD BEEN

ORGASTRATED, HAD MY X WIFE THREATEN TO KILL ME WHICH WAS RECORDED

AND REPORTED THAT SHE THREATENED TO KILL ME OR HAVE ME PUT IN

A INSANE SILLIUM,HER BOY FRIEND JOSH ELISHULTS  HAD BEEN SEEN WITH HER

FOR MONTHS

  TIMMING AND TIMMING TRIPS AROUND THE BLOCK ON MOTOR CYCLE HE

WAS ON ACTIVE DUTY BECAUSE OF THE WAR THIS IS TREASON UNDER MILITARY

 LAW AS WELL AS US LAW PLANING OPERATIONS ON US SOIL.

DURING THE INVESTIGATION OF ATTEMPTED MURDER OF ME ON

MY PROPERTY MY PHONE RANG 24/7 EXTORSION THREATS 50 TIMES A DAY

WHICH WERE RECORDED, NON STOP AROUND THE CLOCK TERRORIZED FOLLOWED

TOLD BY INVESTIGATOR ON APRIL 10 2003  IT SOUNDS LIKE YOUR BEING GASED,

MY ATTORNEY SAID CHARGES AGAINST ME WERE DROPPED APRIL 9TH

AND THEY WAITED UNTIL MAY TO TELL US.NEIGHBORS WITNESSED JOSH

ELISHULTS ON THE HILL OVER LLOKING MY PROPERTY THE DAY THE

INVESTIGATOR CAME TO MY HOUSE . THE INVESTIGATOR DID NOT

TELL US THAT IT WAS CRIMINAL ACTIONS OF HIS OWN AGENCY

MY ATTORNEY WISE SAID THERE IS SOMETHING CRIMINAL HERE.

.THEY ALSO HAD A WILLOW PARK BLOCK PARTY WITH

JANICE BURNS AKA" BYRD" PECAN VALLEY SCOCIAL WORKER AND

RANDY ELLIS,PERRY ELLIS, CRAIG ELISHULTS ,BOB STRICKLAND,WILLOW PARK

POLICE,PARKER COUNTY AND CARTERS AS WELL AS OLD X VETS TO AND

THEIR WEEKLY FBI MEETINGS ON TUESDAY THEY PLANNED AS WELL AS

ORGASTARATE NUECLEONIC TERRORISM AND VIOLATIONS OF INDESENT

ASSUALT ON MY DAUGHTER MYSELF AS WELL AS PROPERTY AS WELL AS

NON STOP PSYCHOPARMACOLOGICAL WAREFARE ON A US CITIZEN

IN TIMES OF WAR.I WAS ARRESTED WHEN JUSTIN BAXTER,JORDAN HUNTER,JOSH

ELISHULTS,DAKOTA PRESLEY,THOMAS PECOR,PHILLPS AS WELL AS BLACK

OPERATIVES WHO HAD THEIR PLATES RUN AFTER POINTING A GUN AT ME

MY PRIVATE EYES WERE TOLD IT WAS A MILITARY OPERATION AND HE WAS ON

TOP SECRET ASSIGNMENT IN SOUTH AMERICA YET HE LIVED IN HARWOOD

APARTMENTS AND WAS FROM NORTH RICHLAND HILLS TEXAS. THEY TRIED

TO ACT AS THOU IT WAS DOMESTIC VIOLANCE SO NO OTHER LAW WOULD GET

INVOLVED THIS WAS THEIR COVER OF TERRORISM CALL IT LAW 101 ITS TEXT

BOOK OPERATIONS FOR CORRUPT LAW ENFORCEMENT MUST HAVE BEEN

TEXAS CONTRA BECAUSE THEY WERE ABOVE REPROACH MY PRIVATE EYE

REFUNDED MY MONEY BACK.I WAS STOCKED 24/7 THE FBI TOLD ME DID I

KNOW I LIVED IN AMERICA QUOTE.RUSSELL PIETRIE OF THE TEXAS RANGERS TOLD

ME TO SHUT THE F—K UP AND TAKE MY MEDS.I WAS LOCKED UP FOR PROTECTING

MY LIFE AND DAUGHTERS AT MY RANCH HOUSE IN THE COUNTRY. FORCED TO

A MRI BEING HELD BY PARKER COUNTY SHERIFFS,TOLD TO LEAVE THEIR

COUNTY AS THEY USED RADARS TO JAM PHONES.DIRECT ENERGY USED

WITH CHERP DIODES AND TRUNKING AND RF AND OSCILLSCOPES AS

WELL AS MICROWAVE DEVISES AND CHEMICALS IN OUR AC ,AS WELL

AS VANDALISM ON EVERYTHING I OWNED AND DROVE.

MY MOM,MY DAUGHTER,MY DAD.MY BROTHER CALLED THE FBI THE

AS WELL AS CHEMICALLY POISOND BY MUSTURD GAS IN MY AC AND

HAD MY VEHICALS DESTROYED AND LIVED LESS THAN 2 MONTHS IN MY

HOME AT 5717 WHITESETTLEMENT ROAD FOR OVER 2 YEARS WHICH I HAD GUNS

STOLED, COINS, NEIGHBORS WITNESSED THEM AND POLICE LAUGHED. THEY SAID

SOUNDS LIKE YOU LIVE IN A MAGNETIC FIELD,YOU THINK IT'S THE CIA?HAVE

YOU SEEN GREEN MEN THIS WAS BULLSHIT NOW

NOT ONLY WERE WE IN FEAR FROM TERRORIST BUT ALSO HAD TO WORRY

ABOUT OUR LIFE FROM LOCAL LAW ENFORCEMENT AND NEIGHBORHOOD

STOCKING,ROBBERY,AND PHYSICAL OPPRESSION AND PSYCOLOGICAL

WAR FARE BY 400 VOLUNTEER TERRORIST PROTECTED BY HOMELAND

SEQURITY AT A LOCAL LEVEL THROUGH HIGH LEVEL TIES OF YEARS

OF CORRUPTION AND DRUG PROFITEERING GUN RUNNING AND PROTECTION.

WITH LINKS TO THE WHITEHOUSE AND PAST MK-ULTRA OPERATIONS.I WAS

LOCKED UP BY PARKER COUNTY AND SENT TO THE CAMPUS PRIVATELY

OWNED MENTAL INSTITUTION TOLD IT WAS ALL ARRANGED, THIS

IS GOVERNMENT 101 LABEL THEM FIRST SO NO ONE LISTENS.WITH IMPROPER

DOCUMENTS THEY REFUSED MY RELEASE AND HAD A KANGAROO COURT

WHERE SHERIFF RAMERIEZ STATED HIS BRAIN SHOWS NO MICROWAVE WHICH

WERE USED TO REFINE THEIR RF TORTURE TACTICS EEG'S AND RNM OPERATIONS.

WELL KNOW SINCE 1980 AND USED BY CIA AND FBI IN TERRORIST AS WELL AS

DANGEROUS CITIZENS WHO EVER THEY LABEL TO BE DEEMED SO!! WHEN YOU

ATTEMPT TO KILL INDIVIDUALS AND THEY FIGHT BACK I GUESS YOU ARE

DANGEROUS THE DIFFERENCE THEY ARE THE LAW THE POWER AND THE

CORRUPTION!! THEY TOOK A OATH TO PROTECT US CITIZENS NOT ORGANIZE

FRAUD,MURDER, AND WARFARE ON CIVILIANS AT WILL UNDER THEIR OWN

MAD POWER CRAZY .THESE ARE ACTS OF WAR ON THE PEOPLE IN TIMES OF

WAR.I DEMAND THEY ARE PUNISHED UNDER GENOCIDE LAWS AND THE WAR POWERS ACT.

WHEN DID HE BECOME A DOCTOR HOW DID HE KNOW ?BESIDES IT TAKES A PETA

TEST AND A NUCLEAR SPECIALIST TO VARIFY THESE IN BRAIN WAVE IMAGES.

IT WAS A FUTHER SET UP TO MICROWAVE ME WHICH UNTIL THAT TIME WAS

NEVER MENTIONED.THIS SHOWS FUTHER CONSPIRACY BY LOCAL LAW THAT

THEY WERE THE CRIMINALS PARKER COUNTY SHERIFFS

OFFICE ALONG WITH A WHOLE ARRAY OF COVER.THIS WAS RETALIATION!

POLICE WHO WROTE NOTHING AND HELPED DRUG CARTEL STEAL

BREAK IN MY HOUSE AND USE 24 HOUR SLEEP DEPREVATION TERRORISTIC

TATICS EVEN PLAYED ANIMAL CALLS EVERY NIGHT WHICH NEIGHBORS

COMPLAINED,EVEN A FORT WORTH COP WHO OWNED PROPERTY NEXT

DOOR TOLD THEM ABOUT MOTOR CYCLES ALL NIGHT IN THE WOODS

AS WELL AS NO LIGHTS ON BIKES ALL NIGHT ON THE STREET. THIS WAS AND

IS A RUAL AND REMOTE AREA PERFECT FOR THESE CRIMES BY LOCALS.

THESE ARE

MIND CONTROL TACTICS AS NOTED BY THE US HOUSE OF REPRESENTATIVES

COMMITTEE ON INTERIOR AND INSULAR REPORT JULY 1992

WHICH WACKEN HUT  USED THIS  TACTIC WHEN PURSUING

ALYESKA PIPELINE SERVICE COMPANY COVERT OPERATIONS.EVEN

 AT MY JOB EVEN LOCKED ME UP WHEN I TRIED TO SHOW PICTURES

OF  CELL JAMMERS OFF SET GENARATORS ECT. THAT PERSON WAS RANDY ELLIS

FORT WORTH POLICE OFFICER WHO LIVED DOWN THE STREET FROM JANICE

BURNS,ELISHULTS,BOB STRICKLAND AND OTHERS WHO WHERE INVOLVED.AND

EVEN TRIED TO TAKE ME TO TRINITY SPRINGS WHERE TOMMY CARTER WORKS.

ANOTHER PHSYCOATRIC PRIVATE FACILITY RUN BY THOMAS CARTER KNOWN

MERSANAIRY AND CONNECTED IN CONTRACT OPERATIONS OF TERROR.HE THEN

 CALLED JANICE BURNS AND TOLD ME SHE SAID LET ME GO,SHE WAS SCARED

OF GETTING CAUGHT AND WANTED ME TO THINK SHE WAS NOT INVOVED. SHE

EVEN STOCKED ME AT NIGHT AND MET AT THEIR NEIGHBORHOOD MEETINGS.

AS WELL AS HELP SET UP LOOSING MY NEW JEEPS REAR END AND EVEN RODE

IN THE ENTERPRIZE CAR WITH HER RED HAT AND WHITE COAT .SHE CALLED

JUDGE RILEY ABOUT THIS WHEN I CONFRONTED HER AND WOW THE NEXT DAY

RILEY ANNOUCED 400 VOLUNTEERS WHICH HAD BEEN PRACTICING ON BEHALF

OF HOMELAND SEQURITY.THIS  VIOLATES ALL GOVERNMENT LAWS,THIS IS

TREASON UPON A US CITIZEN.HERE ARE THE PICTURES OF THE WIRING

 WHERE  THEY TRIED TO BURN DOWN MY HOUSE AND PARKER COUNTY SHERIFF

 THREATENED MY LIFE AND SAID NOBODY WOULD DO A DAMN THING

QUOTE SHERIFF RAMERIZ.FIKEL HAMMELL AKA LONNIE

HAMMEL DID THE SAME TO HIS  MOMS RESIDENTS ON INDIAN LEAF AND SINBADS

STRIP CLUB IN FORT WORTH.STEEL WOOL AND WIRES WE STOPPED IT ON

DECEMBER 24 ,2004 OFFICER RAMERIZ JAMMED OUR CELL PHONES REFUSED TO

WRITE A POLICE REPORT AND NEGHBORS SAW THEM GO OUT MY BED ROOM

WINDOW.HIS WORDS IS NO ONE WILL HELP YOU ITS ALL ARRANGED GET OUT OF HIS

 COUNTY . THEY USED ONION SMELLING GAS ON OUR AC AT WORK AS WELL AS

HOME.THEY FLOODED MY

HOME . THEY  FLOODED  MY   BUISNESS AND FRIENDS ALL IN SAME WEEK .

BY  DOING  AC WORK .MICROWAVE MADE THE FLUID BOIL OUT OF SHOCKS AND

 BEARINGS  BECAME MAGNATIZED.I REPLACED 3 SET OF BLOWN SHOCKS ON A 2005

 TRUCK  IN 3 MONTHS,BALL JOINTS FELL OUT POWER STEERING FLUIDS BOILED RF

WAVES WITH A METER MEASURED 5500 TO OVER 12,876 THIS IS MILITARY.!THEY

USED THEIR NEW HOMELAND SEQURITY VAN TO REDIRECT PHONE CALLS AND

USED TERMAL IMAGINE ON MY HOUSE AT NIGHT AS THEY RAN AROUND

TERRORIZING US ALL NIGHT WITH LOCAL PROTECTION.

I AM ALSO GIVING YOU PICTURES OF GLASSES WHERE THEY MICROWAVED AND

TERRORIZED ME ACROSS 3 STATES WITH CHEMICALS,GENERATORS AS WELL

AS  ELECTRONIC WAREFARE USED KETAMINE BZ AS CALMATIVES WHICH HELP

ELECTRONIC WAREFARE WORK BETTER AND CALLED NORTH BAY TOWING IN BAY
ST. LOUIS MISSISSIPPI TO PICK UP MY BIKE ON JUNE 2,2005 WHO IS PART OF THE
SPECIAL OPERATION FOR KESSLER AS WELL AS KNOWN CRIMINAL .THEY ALSO
HAD AIR FORCE PERSONELL TRY TO TAKE ME TO THE 7TH FLOOR ON KESSLER
INSTEAD LET ME OUT ON HIGHWAY 10 BECAUSE HE KNEW I KNEW AND WAS IN
FEAR FOR HIS OWN SAFTEY.CALL IT BLACK OPS GONE BAD.
I WAS TOLD BY PEOPLE THAT THEY WOULD TRY AND KILL ME IN MISSISSIPPI
TWO DAYS BEFORE I LEFT AND EVEN THE PLUMBING IN BAY ST LOUIS HOTEL
WAS RIGGED WITH GAS FROM A COMPRESSOR AND PIPES WITH A BOGUS
COP CAR AND REFER ,I TOOK THE PLUMBING APART AND THE GAS WAS HERRENDUS.
A 30 PLUS YEAR AIRFORCE OFFICER WAS TOLD TO BUTT OUT OR FACE
RETALIATION AND GET FIRED HE SAID IM SORRY ITS DOMESTIC TERRORISM.
HE RAN A PLATE FOR ME IT WAS MARINES IN A CAR FROM SATURN WHICH THEY
GOT FOR USE WHILE THEIR CAR GOT A OIL CHANGE.HE STATED HE FEARED
FOR HIS FAMILY AS WELL AS HIS CAREER GOOD LUCK I DON'T
WANT THIS TO HAPPEN TO MY FAMILY YOU UNDERSTAND THEY THREATENED
MY CAREER AS WELL AS MY FAMILY. THIS IS WAR POWERS ACT VIOLATIONS
A FRIEND WHO WORKED DIRECTLY FOR CIA SAID THAT IT WAS BULLSHIT.
AS OUR COMPUTERS WERE HACKED ECT.THE LIES THAT HAVE BEEN WHAT I CALL
JANET RENO ACT 101 GUN COLLECTOR,CULT.ANTI GOVERNMENT ARE SIGNS
OF SYSTEMATIC LIES AND CIA 101 TACTICS.DILLUSIONAL,PARINOID,GRANDURE
SCHIZOPHRNIC.TOLD BY X NAVY DOCTOR TO SHUT THE F---K UP OR HE WOULD
SHOT ME UP WITH THORZINE,HALDOL,AND SERAQUIL EVERYDAY AND
PUT ME IN VERNON A RAZOR WIRE FACILITY AND NO ONE COULD DO
A DAMN THING ABOUT IT.TOLD BY HELP AT GREEN OAKS TO SHUT UP
AND THEY WOULD LET ME GO OR THEY WOULD MAKE ME SHUT UP
ABOUT WHAT THEY HAD DONE.THIS IS TERRORISM,GENOCIDE
AND A WHOLE OTHER ARRAY OF LIES HAS GONE ON SINCE MK-ULTRA.

MY DAUGHTER BLEED ANULLY,I PISSED BLOOD FOR MONTHS,MY LEFT LEG NERVES

ARE DEAD,MY RIGHT EYE WATERED FOR YEARS DUE TO CHEMICAL EXPOSER.

MY DAD WAS MURDERED BY ELECTROMAGNTIC PULSE GUNS.MY NIECE HAS

SCULLYOSISES OF THE SPINE.WE WERE DENIED PROTECTION  AND ARRESTED

FOR PROTECTING OURSELVES TO FUTHER DISARM OUR ABLITIES TO PROTECT US

FROM ORGANIZED SUPER TERRORISM.UNDER THE WAR POWERS ACT THE

PRESIDENT AS WELL AS SPEAKER OF THE HOUSE HAS TO APPROVE THESE ACTS

ON SOIL ON ANY MILITARY OR CIVILIAN CONSPIRACY TO COVER UP IS KNOWING.

GAO CARS WERE USED PLATE #95G840 BY DRUG DEALERS ,GUN RUNNERS, TIED

TO MARYLAND AND CALIFORNIA.LASERS AND    AS WELL AS ANY

TRANSFER OF TECHNOLOGY BY MILITARY PERSONEL OR LOCALS IS TREASON

WHEN USED ON CIVILIANS 15 USC 63AS EXCUTIVE ORDER 12618|1987|.

THESE ARE ACTS OF TREASON .

.THEY TRIED TO MAKE ME SELL DRUGS,THEY SET UP MY FRIEND

AS WELL AS WIRE TAPPED EVERY ELECTRONIC DEVISE AND SHOT AT US

AND LAUGHED AT MY 13 YEAR OLD DAUGHTER AS THEY TERRORIZED

US.THE PRESIDENT ADMITTED JAN 30 2005 AFTER LAW SUIT 5;05CV425-OC-10GRJ

AS WELL AS  3;06-CV-00032-HES-HTS 18;1961 RACKETEERING RICO WHICH

WAS QUASHED DUE TO JUDICIAL CORRUPTION AND LIES TO HIDE AND

CONCEAL ACTS OF TERRORISM ON US SOIL AND CORRUPTION WITH IN

THE DOJ AND ATTORNEY GENERALS OFFICE AS WELL AS IRAN CONTRA

ACTIONS OF AMBEROFF,CUNNINGHAM,MIZE MZM INC CIA OPERATIONS

WHICH NEVER STOPPED CALL THEM TEXAS CONTRA NOW SAME PLAYERS

MORE LIES AND BIGGER COVER UPS GUNS,DRUGS,OIL,TERRORIST CONNECTIONS.

ELECTRONIC  CONTRACTORS RUNNING HUMANS,BLACK MARKET ORGANS

AND GETTING DOD WEAPONS AND DOE PROTECTION WITH DAILY SUPPLIES

OF ELCTRONICS FROM UPS  AND CARS FROM GAO WEAPONS SURPLUS BUYERS

WITH JUDGES,LAWYERS AND LOCAL COVERAGE . CALL THEM CONTRACTORS

PROPERTY MANAGERS,DISPATCHERS PROTECTION UNLIMITED AND EVEN GET THE

ELSALVADORIAN NEWS PAPER WHICH SHOWED ON ITS FRONT PAGE

HOW TO MAKE A DIRECT ENERGY WEAPON IN 2003.WE TOLDTHE NSA ABOUT

 PORTABLE MEDICAL DEVISES,BLACK MARKET ORGANS, GEOSPACIAL

SURVALLINCE,HAM RADIOS,REFLECTIVE MIRRORS ON SATTILITES,THERMAL

IMAGINEING AS WELL AS ALAN SPECTORS QUESTIONING TELEPHONE COMPANIES

USING NARUS STAG 6400 TO DATA MINE PEOPLES CALLS.JUST TIE IT TO NATIONAL

SEQURITY AND ITS COVERED, INSIDE THE GOVERNMENT G2 LOOK ALIKE

COMPANIES, RUNNING LIKE REAL ONES GIVE CONTRACTORS PAY AND THEY

RUN THEIR OWN OPERATIONS AND MAKE IT LOOK AS THOUGH THEY ARE

THE GOVERNMENT.DOD AND DOE SEQURITY WHILE RUNNING THEIR OWN

CRIMINAL ENTERPRIZE AND OPERATIONS WHICH CAN EASILY BE CONCEALED

BECAUSE THEY WORK ON THE DARK SIDE WITH INSIDE CONNECTIONS.

ABOVE REPROACH BECAUSE THE GOVERNMENT HAS NO CHECKS AND BALANCES.

THEY USE THE SAME OPERATIONS AND SAME TYPES OF COVER THE CRIMINAL

ENTERPRIZE OF ALL CRIMINALS WHAT A COVER.ITS TIME ITS KNOWN FEAR

I HAVE NONE . I CONSIDER MYSELF A EXPERT IN ANTITERRORISM NOW

MY PAST RECORDS OF FACTS TO EVERY AGENCY HAS PROVEN 100 AND 10 PERCENT

CORRECT AND ITS ALL DOCUMENTED BEFORE IT BECAME PUBLIC NOW WHO

ARE THE LIERS AND THE CORRUPT TERRORIST .

ALAN SPECTOR  WAS TRING TO GET TO THE BOTTOM OF OUR LETTER TO

 CONGRESS   ABOUT ESPOINAGE AS WELL AS ORGANIZED CRIME.RUSSIAN

 PRESIDENT .PUTAN PULLED THE PRESIDENT BUSH ASIDE IN 2005

AT ASIAN SUMMIT WHICH HE MADE A SPECIAL TRIP TO SEE HIM OVER

LETTERS TO THE HAGUE.SPEAKER OF THE HOUSE PELLOSI  WENT TO SYRIA

THE SAME TIME I SENT LETTER ABOUT MARZOOK TO HER. HARRY REID,

TED KENNEDY,JOHN KERRY,HILLARY CLINTON AND A DOZEN OTHERS

HAVE INFO ON THESE MATTERS AS WELL AS THE HAGUE,THE PENTAGON

THE UNITED NATIONS WE WILL NOT ALLOW CORRUPTION GENOCIDE

GUN RUNNING I TOLD THE FBI ABOUT,TRUCKS TO SYRIA,MONEY LAUNDING

AND THEY ARRESTED APRIL 27 THE UATH TERRORIST AND OTHERS ON

INFO I SENT .KAREN AT THE DOJ SHE SAID I COULD HAVE A JOB WITH A DEGREE ALL MY

PAST FORGOT,WHAT LIES IN ORDER TO DEFFERMATE ME AND KEEP THEIR

LIES IN ORDER TO SILENCE THE TRUTH ABOUT THEIR CONSPIRACY?

TODD AT THE UATH FBI ASKED ME ABOUT RAMADAM. HE STATED MY INFO

ABOUT INFO COM WAS TRUE AND HE SAID YOU KNOW HOW THE SYSTEM WORKS.

NOT AT ALL FROM THIS END OF THE FIELD ITS EACH MAN FOR HIMSELF.

THE NSA STATED MY EMAIL REQUEST 8478 WAS HIGH PRIORITY.

YET THE LIES REMAIN ON MY BACKGROUND AS THE CANADIAN GOVERNMENT

STATED WHEN IT TOOK A LETTER TO A CONGRESS PERSON TO CROSS

CANADA  ANOTHER EXIBIT OF PROOF THEY SAID THE INFO WAS STRANGE.

THEY  SYSTEMATICALLY DESTROYED ME DEFERMATED ME KILLED MY

FATHER.USED ARSNIC ON ME TO INHANSE ELECTRONICS.

TERRORIZED MY DAUGHTER AND EVEN MAILED PSYCHOLOGY TODAY TO

MY HOUSE AS WELL AS NIKELODEAN  ,AND MAXIM I GIVE AS EVIDENCE

WHILE I WAS  LOCKED  UP AND HAD A X NAVY DOCTOR GUNN TREATEN TO

KILL ME AND NO ONE WOULD DO A DAMN THING ABOUT IT. EVEN A IQ TEST

WHICH THEY GAVE ME STATED I WAS VERY,VERY,VERY SUPERIOR WHICH

ONE DOCTOR STATEMENT WAS I HAVE NEVER SEEN A SCORE THAT HIGH.

EVEN A PHONE RANG ON MY DAUGHTERS WINDOW SEAL WHICH WAS IN THE

CLOSET DEAD FOR TWO MONTHS WHILE I WAS LOCKED UP.WE TALKED EIGHT DAYS

AND MY PHONE WAS A PAY BY THE MINUTE UNTIL I SENT A EMAIL

TELLING MY DAUGHTER THANK THE PRESIDENT FOR THE FREE PHONE AND

THE GOVERNMENT SHE SAID I KNOW BOTH PHONES WENT DEAD IMMEDATELY.AS

WELL AS AIRFORCE

COPS WHO DID NOT KNOW HOW TO TAKE CUFFS OFF. WITH BOGUS MUSTAGE

FALLING OFF THEIR LIPS   TELLING ME  YOU WONT EVER OWN

A GUN TO PROTECT YOURSELF AND WILL MAKE SURE OF IT!! I RETAIN THESE

RIGHTS REGARDLESS OF LIES TO OWN AND PROTECT MYSELF FROM

TERRORIST   BECAUSE THE GOVERNMENT HAS DONE NOTHING. I BLAME

CORRUPT OFFICALS AS WELL AS BLACK PROJECTS .THESE TRESONIST ACTS WILL

BE PUNISHED BY OUR GOVERNMENT OR BY THE WORLD. THIS CRIMINAL

G2 GOVERNMENT FRAUD USING TAX PAYERS MONEY FOR MEDICAL EXPERIMENTS

GUN RUNNING DRUG DEALING ,AS WELL AS RF,AND MICROWAVE EXPERIMENTS

ON HUMANS IS ILLEGAL AND THE BLACK MARKET ORGANS   WHICH

HAS BEEN GOING ON IN TEXAS BY SERVICE CORP WHO BUSH   HAD HARRY

WHITENTON THE ONE CHANEY SHOT HELP WALTRIP OUT AS FUNERAL DIRECTOR

OF TEXAS COMMISION IN BODY RECYCLING HAS BEEN STILL   GOING ON.

BOSTON SCIENTIFIC,PDL AKA PROTEIN DESIGNS HAS EVEN PAID FOR THESE

VIOLATIONS IN THE PAST THIS IS GENOCIDE. THE LIES THE FAILURE

TO ARREST AND HANG THESE ACTS OF TREASON AND WAR PROFITEERING

ARE VIOLATIONS OF TREASON JUNE 12,1776 BY CONGRESS WRITTEN BY

THOMAS JEFFERSON.THEY ARE EVEN VIOLATING THE HATCH ACT OF

1939 WHICH INCLUDES JUDGES,LAWYERS,PUBLIC OFFICALS.WE ASKED FOR FEDERAL

PROTECTION AS A FEDERAL WITNESS AND A US CITIZEN. WE HAVE BEEN GIVEN

NOTHING THOSE CRIMINALS IN FORT WORTH TEXAS AND OTHER AREAS

ARE PROTECTED AND JUST A CALL TO A FEW PEOPLE IN TEXAS EVERYONE

KNOWS WHO COVERS THEM AND WHAT THEY DO.PROPERTY DISPATCHERS

SELLING YOUR NAMES STEALING YOUR ID AS WELL AS TOTALLY DEFERMATING

YOU WITH LIES,MY FACTS SPEAK FOR THEMSELVES,MY INFO HAS LEAD TO

MANY ARREST BUT THE BIG FISH STILL ARE CONNECTED TO INTERNATIONAL

TERRORIST PROTECTED BY EMBEDDED CORRUPTION.EVEN THE MUSTARD GAS

I REPORTED TO THE FBI,CIA, AND CONGRESS LOW AND BEHOLD 100 VIALS

FOUND IN OAKLAHOMA TODAY IS ALL OF A SUDDEN A MYSTERY,JUST LIKE

I REPORTED MUSTARD GAS IN MY AC TO THE FBI AND CONGRESS.TO THIS

DAY NO ONE HAS ASKED ANYTHING I PERSONALLY HAVE PROVIDED ALL

INFO AND WHEN THEY GET BACK THEY SHUN ME RIGHT AWAY AFTER

THEY READ THE FBI REPORTS OF COVERING THEIR ASS. CLAYTON

WALKER PSYCOLOGICAL WAR FARE SPECIALIST FOR THE MILITARY

FROM 1968-1988 SAID THIS IS NUCLEONIC TERRORISM.JIM A MILITARY EXPERT

AND IT SPECIALIST ALSO HAS PISSED BLOOD AND THE VA SAID HE WAS

POISIONED WHO LIVES IN FORT WORTH.MY FAMILY TOLD ME NOT TO

COME TO FORT WORTH TEXAS FOR MY FATHERS FUNERAL OUT OF

FEAR OF TERRORISM ON ME AND THEM,I HAVE HAD MY PENIS BURNT

TO A CRISP BY OFF SET GENERATORS AS REPORTED TO CONGRESS AND

THE HAGUE,I AM ALSO SENDING A PICTURE OF A ELECTROMAGNETIC

PULSE GUN LASER .I HAVE BEEN TOLD BY DISTRICT CLERKS TAKE IT SOMEWHERE

ELSE,JUDGES WHO REFUSED TO GET INVOLVED THE WAR POWERS ACTS

STATES IT'S A JUDGES DUTY TO IMPRISON AND PUNISH AND ISSUE WARRENTS

ALONG WITH US MARSHALLS.NOT CONTACT PARKER COUNTY TO COVER UP

TREASON. WE HAVE EVEN HAD DISBARRED JUDGES LISTED AS LEGAL

REPRESENTATION ON ELECTRONIC COURT DOCUMENTS TK JEFFERIES.EVEN MARK HARDEN

OF PARKER COUNTY SAID THAT HE NO LONGER WANTED TO REPRESENT

ME THAT PARKER COUNTY WAS CRIMINAL AND HE HAD TO LIVE THEIR

AND WANTED OUT DO TO THE WORD" BYRD"ON DOCUMENTS IN A SHAM TO COVER

UP BY PUTTING JANICE BURNS FIRST NAME IN FRONT OF IT AS A CODE.WE DEMAND

PROCECUTION OF ALL INVOLVED ON THE BYRD PROJECT ON US.

WE ARE NOT NIEH OR NIMH OR NATIONAL TOXICOLOGY EXPERIMENTS

NOR ACTA ZOOLOGICAL EXPERIMENTS ANDREW AVERY,MANUEL CARTER.

GREGG HOLLAND,DAVID F PERRY,DE CARTER,ADMIRAL RICHARD JEFFERIES,

NOR HUMMINGBIRD LLC EXPERIMENTS JOHN MIERS WHO KILLED HIS

WHOLE FAMILY AFTER LEAVING MY NEIGHBORHOOD.YOU GET THE PICTURE.

DEMAND CHERTOFF DO HIS JOB AS HOMELAND SEQURITY,WE DEMAND

THE DOJ DO ITS JOB UNDER THEIR OATH OF OFFICE.WE DEMAND THAT

THE NIMH BE INVESTIGATED HUMAN EXPERIMENTATION VIOLATIONS .

WE DEMAND A FULL SCALE JUDICAL INVESTIGATION BY CONGRESS,

AS WELL AS THE PENTAGON ON ACTS OF TREASON. UNDER THE WAR POWERS

ACT.WE HAVE EVEN HAD RESERVIST ELISHULTS DISCHARGED   UNDER

 MISAPPROPIATIONS

OF MILITARY EQUIPMENT FROM JRB AND F118 PHANTOM PROJECT.IN

THE PAST WE LISTED NIMH OFFICE HACKING OUR PC AND IP ADDRESS.THE CPS

DOCUMENTS  LOOKED OVER BY WARREN LEGAL SERVICES AND BLACKED OUT

TO COVER UP WHO MADE UP LIES.CPS TOLD ME TO SUE PARKER COUNTY

FOR CORRUPTION.WE  DEMAND PROTECTION WE DEMAND COMPENSATION

FOR GENOCIDE AND TREASON AS WELL AS OUR NAMES CLEARED. MY

FAMILY CAME OVER ON THE MAYFLOWER AND THESE CRIMES ARE FORBIDDEN.

MENDOZA IN MISSION TEXAS HAS THE SAME PROOF IN COURT,TRACY GIVENS

OF FORT WORTH HAS SPOKEN TO CONGRESSIONAL  PEOPLE ON THE SAME

PEOPLE WHICH HAS BEEN GOING ON FOR 40 YEARS UNTOUCHED.ANYONE WHO USES

ELECTRONIC OR CHEMICAL WEAPONS IN TIME OF WAR ON AMERICANS ,CIVILIANS

OR MILITARY HAS VIOLATED GENEVA CONVENTION LAWS AND US GENOCIDE LAWS

 AND WILL BE

CONSIDERED A ACT OF WAR,AND CAN RETALLIATE  AS IN ANY WAR TO SEQURE

PROPERTY OR PERSON. EDMUND CONRADISON THE 3RD RADIO ACTIVE WASTE

EXPERT FROM THE UK BOUGHT MY HOUSE AND SIX MONTHS LATER SOLD IT

TO A  PERSON RELATED TO  BAUM FAMILY OF THE NUCLEUR REGLATORY

COMMISSION.HOW CRIMINAL IS THAT!!!! I WAS TOLD THAT THE HUNTERS

FROM THE JRB WERE  PLAYING MAN HUNT WITH ME.THEY RAN ME OUT OF

MY HOME A VIOLATION OF 217 A [111] OF INTERNATIONAL LAW.PARKER COUNTY

VIOLATED COLORS OF LAW AND PHYSICALL OPRESSION LAWS. FALSE
ARREST VIOLATIONS OF OATH AND FRAUD.HATE CRIMES,DEFERMATION
OF CHARACTER AND EQUAL PROTECTION OF THE LAW .THEY USED
HOMELAND SEQURITY MONEY AND VAN EQUIPMENT TO TERRORIZE
MY FAMILY IN OUR HOUSE.THESE ARE INTERNATIONAL VIOLATIONS.
WE DEMAND OUR NAMES REMOVED FROM FEDERAL REGISTER AS WELL
AS FALSE FBI REPORTS DELETED.I WOULD ASK FOR PROTECTION BUT
TRING TO KILL ME IS NOT PROTECTION,I WILL PROVIDE MY OWN
SEQURITY SINCE YOU ARE INCAPABLE AND UNWILLING BECAUSE
THE FACTS SPEAK FOR THEMSELVES.ONLY ONES DILLUSIONAL
ARE THE CRIMINALS WHO UNDER ESTIMATED MY RESOLVE TO
SEE TERRORIST AND TREASONIST PUNISHED I WAITED AND
THEY CONSTANTLY MADE MISTAKES TO CONVICT THEMSELVES.NOW
I DEMAND JUSTICE BY OUR SYSTEM BECAUSE I HAVE SEEN HOW
CORRUPTION OF IT WORKS.THESE LAWS ARE CONGRESSIONAL
LAWS AND I DEMAND IT BE HANDLED TO THE LAW.I DEMAND UNDER
THE WAR POWERS ACT THAT THOSE CONTACTORS,MILITARY.
GOVERNMENT OFFICIALS ,LOCAL LAW ENFORCEMENT,LOCAL
FBI,AS WELL AS JUDICAL AND KNOWING HOMELAND SEQURITY
OFFICIALS BE PUNISHED UNDER THE WAR POWERS ACT,WHO
ONLY CONGRESS CAN OVER SEE AND AS A JUDGES DUTY TO HAND OVER
TO CONGRESS AS HIS DUTY AND OATH OF OFFICE UNDER NATIONAL
SEQURITY AND UNDER THE CONSTITUTION.IRMA COOPER HAS
LISTED THE SAME PEOPLE,SAME PLACES AS WELL AS WAS TOLD
ONCE BY THE FBI SHE HAD BEEN KIDNAPPED BY WISE COUNTY
AS WELL AS TRINITY SPRINGS YET NOTHING TO DATE BASED ON
DISBARRED ATTORNEYS,FEDERAL FRAUD,ELECTRONIC TERORISM
HAS BEEN DONE TO DATE .WE WILL PREVAIL AND WILL PRESENT

MATTERS TO THE HAGUE THE UN AND TO WORLD LEADERS. WE

DEMAND ALL RIGHTS RESTORED,ALL LAWS  ENFORCED FULLY

COMPENSATION FOR ALL VIOLATIONS ALL INFORMATION OF

ANY KIND REMOVED PERMATLY AND PROMPTLY,MRI"S

DESTROYED AND HOME RETURNED AND PROTECTION  BY

HIGHEST LEVEL OF GOVERNMENT  FOR US AND FAMILIES WHATS

LEFT.I STATED ONCE THE GOVERNMENTS CORRUPT INSIDERS

ARE THE PROBLEM AND HONEST OFFICALS IN GOVERNMENT

ARE THE SOLUTION.WELL I  HAVE SEEN ONLY CORRUPTION

HONESTY WILL PREVAIL AND I WILL TELL CONGRESS OR

THE UNITED NATIONS OR THE HAGUE BECAUSE ALL I SEE

NOW IS PEOPLE COVERING THEIR POLITICAL FUTURE

GOD FORBID THE TRUTH GETS TOLD AND THEY ALL DID NOTHING,

BUT CONSPIRE TO COVER IT UP AND IGNORE GENOCIDAL TREASON

AND ALLOW TERRORISM IN THE US GO UNPUNISHED UNTIL THE

NEXT  MAJOR  TERRORIST ACTION.WE NEED TO STOP THEM NOW

LIES AND CORRUPTION GOT US IN THIS POSTION NOW. THE EXPERIMENTS

THAT RICHARDSON,PERRY,CARTER,WILLIAMSON,THOMPSON,HUNTER

HOLLAND,RILEY,AVERY GOVERNMENT RESEARCH IN NIEHS PROGRAMS

CASE NO 51-79-6  ,88-72-2,636-21-5/91-23-6/CAS 5307-14-2/; TOX 039TURNED INTO
EXPERMENTS INTO

HUMAN EXPERIMENTS TO CAUSE CHEMICAL DISPOSITION.PHARMCO KENTICS,

O-NITROIANISOLE F344 CASE 91-H7-N-03 KILLING AMERICANS. THESE ARE GENOCIDE,

 TREASON,AND WAR CRIMES.TERRORIST IN THE SYSTEM AND ACTS OF TERRORISM

 AND WE  EXPECT THEM TO PAY.I HAVE FAITH THIS WILL BE GIVEN

TO CONGRESS UNDER WAR POWERS ACT,AND TREASON. on 11/08/06

ADMIRAL RICHARD JEFFRIES ALONG WITH VICE ADMIRAL NELSON

HELD A CONFERENCE AT FREDRICK RESEARCH CENTER WITH 400

DHS -VOLUNTEERS OF PARKER COUNTY? .MIL MED

TECH ON LINE ARCHIVES CONFERENCE TO PROTECT DOD RESEARCH

VOLUNTEERS ALONG WITH KAREN FLEMING MICHAEL. EQUIPMENT

OPERATIONS. LIKE I TOLD SAID TO NUMEROUS AGENCIES THE PROBLEM IS THE

GOVERNMENT OR THE SOLUTION IS. PARRELL PROGRAMS TO CONFUSE THE REAL

GOVERNMENT TO COVER ORGANIZATIONS USING GOVERNMENT FUNDS AND

ACTIVITIES TO RUN CRIME ORGANIZATIONS WHICH HAS GONE ON FOR YEARS.

WE HAVE FAITH CONGRESS WILL ADDRESS AND INVESTIGATE AND PROCECUTE

AS WELL AS US MILITARY WILL COURT MARTIAL THOSE INVOLVED . WE DEMAND

JUSTICE ANYTHING LESS IS CONSPIRACY TO COVER GENOCIDAL CRIMES DURING

WAR. WE DEMAND TIA QUAM AND WRITMANDAMUS BE FOLLOWED FULLY.

[A] PICTURE OF EMP LASER

[B] VIETNAM ELECROMEGNETIC JAMMER IN BED OF TRUCK HOOKED TO

8 D BATTERIES BY WIRES ON METAL ARM.

[C] MELTED SUN GLASSES FROM 3 STATE TERRORISM BEING COOKED BY NON-

SO CALLED LETHAL LASERS,GENARATORS, FELT LETHAL TO ME.

[D] MAGAZINES MORE PSHYCOLOGICAL WARFARE OF INTIMADATION

AND HUMILATION 101
[E] PROOF OF COVERT OPERATIONS IN TEXAS IN COURTS.

[F] WIRING IN MY ATTIC FURNICE DEC 24,2004

[[G] TECNOLOGY USED TO SECRETLY TERRORIZE AND KILL


CC;UNITED NATIONS
CC;WORLD LEADERS
CC;THE HAGUE EXCLUDING LYNN CARTER
CC;THE PENTAGON
CC;CONGRESS